PER CURIAM.

(No. 75-CC-101— )

GREAT LAKES SOLVENTS DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed November 6, 1974.*

GREAT LAKES SOLVENTS DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

<hr>

PER CURIAM.